**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORRIE MCCONNELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRIS BUFAL, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 2:08-cv-1657-RCJ-RJJ <br><br> **MINUTE ORDER** |

Currently before the Court is a Motion to Reopen Case (#9) filed by Plaintiff Lorrie McConnell ("Plaintiff") on November 4, 2009.

On January 22, 2009, the Court entered an Order (#5) dismissing the Complaint filed by Plaintiff on the ground that Plaintiff's allegations were not only frivolous, but wholly within the realm of fantasy. As noted in the Court's prior order, a complaint is frivolous "where it lacks an arguable basis either in law or in fact . . . . [The] term 'frivolous,' when applied to a complaint, embraces not only the inarguable legal conclusion, but also the fanciful factional allegation." Neitzke v. Williams, 490 U.S. 319, 325 (1989). In the Complaint, Plaintiff alleges that Defendants are part of a wide-ranging conspiracy of murder, kidnaping and robbery, that began almost four decades ago. Plaintiff's current motion to reopen case does not correct any of the fanciful factional allegations asserted in the Complaint; rather, it includes additional frivolous allegations which are also wholly within the realm of fantasy.

///

///

///

**CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's Motion to Reopen Case (#9) is DENIED. The allegations asserted in the Complaint and current motion are frivolous.

DATED: This 2nd day of August, 2010.

_____
United States District Judge